COMMONWEALTH of Pennsylvania,
Respondent,

v.

Jerry HILL, Petitioner.

Supreme Court of Pennsylvania.

Dec. 29, 2004.

### ORDER

PER CURIAM.

**AND NOW,** this 29th day of December, 2004, the Petition for Allowance of Appeal is hereby **DENIED.** Pursuant to *Commonwealth v. Grant,* 572 Pa. 48, 813 A.2d 726 (2002), petitioner's ineffectiveness claim pertaining to trial counsel's failure to pursue a jury charge cautioning the jury that he was denied the opportunity for an objective identification at a pretrial line-up under *Commonwealth v. Sexton,* 485 Pa. 17, 400 A.2d 1289 (1979), is dismissed without prejudice until collateral review. Jurisdiction relinquished.

Tyree FORD, a Minor, by and Through his Parent and Guardian, Louise PRINGLE, Respondents,

v.

PHILADELPHIA HOUSING AUTHORITY, Petitioner.

Supreme Court of Pennsylvania.

Dec. 30, 2004.

### ORDER

PER CURIAM.

**AND NOW,** this 30th day of December 2004, we **GRANT** the Petition for Allowance of Appeal **LIMITED** to the specific issue of whether a housing authority is a Commonwealth Agency for the purpose of sovereign immunity.